IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD,** § § | | |
| Plaintiff, § | | |
| § | C.A. NO. 2:21-CV-00084 | |
| VS. § | ADMIRALTY | |
| § | F.R.C.P. 9(h) | |
| **AMERICAN MARITIME SERVICES, LLC,** § | | |
| Defendant. § | | |

### PLAINTIFF'S CERTIFICATE OF FINANCIALLY INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Plaintiff Louis Dreyfus Company Freight Asia Pte Ltd. hereby discloses all known parties that are financially interested in the outcome of this litigation.

1. Louis Dreyfus Company Freight Asia Pte Ltd. – Plaintiff

2. Clark Hill PLC – Counsel for Plaintiff

3. American Maritime Services, LLC – Defendant

4. Defendant's counsel, presently unknown.

5. Crystal Seas Shipping Co. Ltd. – Crystal Seas Shipping Co. Ltd. is a non-party which has filed a demand for arbitration in London, United Kingdom related to the underlying events.

Respectfully submitted,

By: /s/ David James
David James
State Bar No. 4032467
djames@clarkhill.com
2615 Calder Avenue, Suite 240
Beaumont, Texas 77702-1986
T: 409.351.3800

F:  409.351.3883

**ATTORNEY-IN-CHARGE FOR LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD.**

**OF COUNSEL:**
Adam Diamond
Adiamond@clarkhill.com
State Bar No. 24092344
909 Fannin, Suite 2300
Houston, TX  77010
(713) 951-5600 – Telephone
(713) 951-5660 – Facsimile
Clark Hill PLC

**AND**

Christopher Lowrance
Chris.Lowrance@roystonlaw.com
State Bar No. 00784502
802 N. Carancahua, Suite 1300
Corpus Christi, Texas 78401
(361) 884-8808 – Telephone
(361) 884-7261 -- Facsimile
Royston, Rayzor, Vickery & Williams, L.L.P.

**COUNSEL FOR LOUIS DREYFUS COMPANY FREIGHT ASIA PTE LTD.**